**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

DENIS EDUARDO ZUNIGA and
MELQUIS SEDEC CONTRERAS,

        Petitioners,

v.                                      CIVIL ACTION NO. 3:26-0421

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

        Respondents.

**JUDGMENT ORDER**

For the reasons stated in the Memorandum Opinion and Order entered in the above-styled matter, the Court **ORDERS** judgment be entered in favor of Petitioners Denis Eduardo Zuniga and Melquis Sedec Contreras and this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

                    ENTER:        June 30, 2026

                    ROBERT C. CHAMBERS
                    UNITED STATES DISTRICT JUDGE