**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

DENIS EDUARDO ZUNIGA and
MELQUIS SEDEC CONTRERAS,

Petitioners,

v. CIVIL ACTION NO. 3:26-0421

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement;
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General;
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Upon consideration of Respondents' Motion to Re-arrest and Detain, ECF No. 17, **IT IS HEREBY ORDERED** that:

1. Petitioner shall file a Response to Respondents' Motion, if any, by **Friday, November 6, 2026, at 9:00 AM**.
2. Respondents shall file a Reply to Petitioner's Response, if any, by **Friday, November 6, 2026, at 3:00 PM**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 5, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE